HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Rodrigo Contreras-Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00205 LJO- SKO |
| Plaintiff, | ) ) | STIPULATION TO VACATE STATUS CONFERENCE HEARING; ORDER |
| vs. | ) ) | |
| RODRIGO CONTRERAS-RAMOS, | ) ) | DATE:   February 17, 2015 TIME:    1:00 p.m. |
| Defendant. | ) ) ) | JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney, Kathleen A. Servatius, counsel for plaintiff, Assistant

Federal Defender, Victor M. Chavez, counsel for defendant RODRIGO CONTRERAS-RAMOS,

that the status conference now set for December 15, 2014 may be vacated because the parties

have confirmed that Mr. Contreras-Ramos is in compliance with his conditions of pretrial release.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  December 3, 2014

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  December 3, 2014                    /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RODRIGO CONTRERAS-RAMOS

**O R D E R**

IT IS SO ORDERED.

    Dated:   **December 3, 2014**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

Contreras-Ramos: Stipulation to Vacate Status
Conference                                      2