HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Rodrigo Contreras-Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00205 LJO- SKO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; ORDER |
| vs. | ) | |
| | ) | |
| RODRIGO CONTRERAS-RAMOS, | ) | DATE:   June 1, 2015 |
| | ) | TIME:    1:00 p.m. |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| *Defendant.* | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney, Kathleen A. Servatius, counsel for plaintiff, and

Assistant Federal Defender, Victor M. Chavez, counsel for defendant RODRIGO CONTRERAS-

RAMOS, that the status conference now set for April 20, 2015 **be continued to June 1, 2015, at**

**1:00 p.m.**

The court is not available on April 20, 2015 and the parties have agreed on the June 1,

2015 date.  The parties agree that the delay resulting from the requested continuance shall be

excluded as necessary for effective defense preparation and continued plea negotiations pursuant

to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the

granting of the requested continuance outweigh the interests of the public and the defendant in a

speedy trial.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  April 7, 2015

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 7, 2015

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
RODRIGO CONTRERAS-RAMOS

**O R D E R**

IT IS SO ORDERED.

Dated:   **April 7, 2015**                         **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE