HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Rodrigo Contreras-Ramos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                                )<br>                    *Plaintiff,*                       )<br>                                                                )<br>        vs.                                                  )<br>                                                                )<br>RODRIGO CONTRERAS-RAMOS,    )<br>                                                                )<br>                                                                )<br>                    *Defendant.*                    )<br>_____) | Case No.  1:14-cr-00205 LJO- SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER<br><br>DATE:  September 21, 2015<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kathleen A. Servatius, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant RODRIGO CONTRERAS-RAMOS, that the change of plea hearing now set for August 31, 2015 **be continued to September 21, 2015, at 10:00 a.m.**

The parties need additional time to finalize the plea agreement.

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation and continued plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

///

                                            Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: August 31, 2015             /s/ *Kathleen A. Servatius*
                                            KATHLEEN A. SERVATIUS
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender


Dated: August 31, 2015            /s/ *Victor M. Chavez*
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            RODRIGO CONTRERAS-RAMOS


**O R D E R**

IT IS SO ORDERED.

    Dated:  **August 31, 2015**           **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE