1   BENJAMIN B. WAGNER
    United States Attorney
2   KATHLEEN A. SERVATIUS
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  1:14-CR-00205 LJO-SKO

12                       Plaintiff,      STIPULATION TO CONTINUE MOTION
                                         HEARING AND ORDER THEREON
13            v.

14  RODRIGO CONTRERAS RAMOS,             Date: November 23, 2015
                                         Time: 10:30 a.m.
15                       Defendant.      Honorable Lawrence J. O'Neill

16

17          The United States of America, by and through BENJAMIN B. WAGNER, United States

18  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19  Rodrigo Contreras Ramos, by and through Victor Chavez, his attorney of record, hereby stipulate to

20  continue the hearing of the motion filed in this matter from November 23, 2015 to January 19, 2016 at

21  10:00 a.m.

22          The basis for this continuance is as follows:  The government has requested the preparation of a

23  transcript of video from the vehicle stop which is challenged by the defendant.  The government would

24  use the transcript to prepare an opposition to the motion and the defendant would review the transcript to

25  prepare his reply.  The government response will be filed on or before December 18, 2015, and the

26  defendant's reply shall be filed by January 11, 2016.

27  ///

28  ///

Stipulation to Continue Motion Hearing and Proposed
Order                                                    1

The parties request that time be excluded to and through the date of the Court's order on the

pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

Dated: November 18, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney


Dated:  November 18, 2015

/s/ Victor Chavez
Victor Chavez
Attorney for Defendant


        IT

IT IS SO ORDERED.

Dated:   **November 18, 2015**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE