1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:14-CR-00205 LJO-SKO
12 |                  Plaintiff,      | **STIPULATION TO CONTINUE MOTION HEARING AND ORDER THEREON**
13 |          v.                      |
14 | RODRIGO CONTRERAS RAMOS,         | Date: January 19, 2015
   |                                  | Time: 10:00 a.m.
15 |                  Defendant.      | Honorable Lawrence J. O'Neill

16

17     The United States of America, by and through BENJAMIN B. WAGNER, United States

18 Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19 Rodrigo Contreras Ramos, by and through Victor Chavez, his attorney of record, hereby stipulate to

20 continue the hearing of the motion filed in this matter from January 19, 2016 at 10:00 a.m. until January

21 25, 2016 at 10:00 a.m.

22     The basis for this continuance is as follows: The government requested the preparation of a

23 transcript of the video from the vehicle stop which is challenged by the defendant.  The initial contractor

24 who was retained experienced technical issues with playing the video which could not be corrected.  The

25 government then retained a different contractor to transcribe the video.  This transcript was received by

26 the government last week.  However, the government requires the involved officer to review and correct

27 the transcript and he is not available to do so until next week.  The government counsel will be on

28 annual leave from December 21 through January 4, 2016 and will not be able to review the transcript or

1 prepare a response until thereafter.  Therefore, the government requests until January 11, 2016 to file its
2 opposition in this matter, and the defense has requested that the hearing being postponed one week to
3 permit review of the government opposition.
4     The parties request that time be excluded to and through the date of the Court's order on the
5 pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

6 Dated: December 15, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney
7
8                                              /s/ *Kathleen A. Servatius*
                                              KATHLEEN A. SERVATIUS
9                                             Assistant United States Attorney
10

11 Dated:  December 15, 2015                  /s/ *Victor Chavez*
                                              Victor Chavez
12                                            Attorney for Defendant

13

14

15 IT IS SO ORDERED.

16     Dated:   **December 16, 2015**              **/s/ Lawrence J. O'Neill**
17                                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motion Hearing and Proposed Order

2