BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00205 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING AND ORDER THEREON** |
| v. | |
| RODRIGO CONTRERAS RAMOS, | Date: January 25, 2016<br>Time: 10:00 a.m. |
| Defendant. | Honorable Lawrence J. O'Neill |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Rodrigo Contreras Ramos, by and through Victor Chavez, his attorney of record, hereby stipulate to continue the hearing of the motion filed in this matter from January 25, 2016 at 10:00 a.m. until February 22, 2016 at 10:00 a.m.

The basis for this continuance is as follows: The government is still waiting on a completed agent from the officer who is reviewing it. The officer will have it complete by January 25, 2016 and the government is requesting until February 8, 2016 to file its response.

///

///

///

///

Stipulation to Continue Motion Hearing and Order Thereon

1

1  The parties request that time be excluded to and through the date of the Court's order on the
2  pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

3  Dated: January 11, 2016                         BENJAMIN B. WAGNER
                                                   United States Attorney
4

5                                                  /s/ *Kathleen A. Servatius*
                                                   KATHLEEN A. SERVATIUS
6                                                  Assistant United States Attorney

7

8  Dated:  January 11, 2016                        /s/ *Victor Chavez*
                                                   Victor Chavez
9                                                  Attorney for Defendant

10

11        IT IS SO ORDERED.

12  Dated:  January 12, 2016                       /s/ Lawrence J. O'Neill
                                                   Honorable Lawrence J. O'Neill
13                                                 United States District Judge

Stipulation to Continue Motion Hearing and Order Thereon                    2