1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | **CASE NO. 1:14-CR-00205 LJO-SKO** |
| 12              Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING AND PROPOSED ORDER THEREON** |
| 13              v. | |
| 14  RODRIGO CONTRERAS RAMOS, | Date: February 22, 2016 |
| 15              Defendant. | Time: 10:00 a.m. |
| | Honorable Lawrence J. O'Neill |

17       The United States of America, by and through BENJAMIN B. WAGNER, United States

18  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant

19  Rodrigo Contreras Ramos, by and through Victor Chavez, his attorney of record, hereby stipulate to

20  continue the hearing of the motion filed in this matter from February 23, 2016 at 10:00 a.m. until March

21  7, 2016 at 10:00 a.m.  The government will file its response on February 26, 2016.

22       The basis for this continuance is as follows:  The defendant's counsel is out of state on that date

23  and the government is still completing its response to the motion.

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation to Continue Motion Hearing and Order Thereon                    1

The parties request that time be excluded to and through the date of the Court's order on the pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

Dated: February 17, 2016         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ *Kathleen A. Servatius*
                                 KATHLEEN A. SERVATIUS
                                 Assistant United States Attorney

Dated: February 17, 2016         /s/ *Victor Chavez*
                                 Victor Chavez
                                 Attorney for Defendant

IT IS SO ORDERED.

Dated: February 17, 2016         /s/ Lawrence J. O'Neill
                                 Honorable Lawrence J. O'Neill
                                 United States District Judge

Stipulation to Continue Motion Hearing and Order Thereon        2