BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODRIGO CONTRERAS RAMOS, <br><br> Defendant. | **CASE NO. 1:14-CR-00205 LJO-SKO** <br><br> **STIPULATION TO CONTINUE MOTION HEARING AND ORDER THEREON** <br><br> Date: March 7, 2016 <br> Time: 10:00 a.m. <br> Honorable Lawrence J. O'Neill |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Rodrigo Contreras Ramos, by and through Victor Chavez, his attorney of record, hereby stipulate to continue the hearing of the motion filed in this matter from March 7, 2016 until April 11, 2016 at 11:00 a.m.  The government will file its response on March 14, 2016.

The basis for this continuance is as follows:  Counsel for the government was out of work last work due to health issues and returned to work on March 1, 2016.  The government requires additional time to complete its response.

///

///

///

///

Stipulation to Continue Motion Hearing and Order Thereon     1

The parties request that time be excluded to and through the date of the Court's order on the pending motion due to the pendency of motions, pursuant to 18 U.S.C. Section 3161.

Dated: March 1, 2016                              BENJAMIN B. WAGNER
                                                              United States Attorney

                                                              /s/ *Kathleen A. Servatius*
                                                              KATHLEEN A. SERVATIUS
                                                              Assistant United States Attorney


Dated:  March 1,      2016                    /s/ *Victor Chavez*
                                                              Victor Chavez
                                                              Attorney for Defendant


IT IS SO ORDERED.

  Dated:   **March 1, 2016**                **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motion Hearing and Order Thereon        2