1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Counsel for Defendant
6   Rodrigo Contreras-Ramos

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   Case No.  1:14-cr-00205 LJO- SKO
                                       )
12              *Plaintiff,*           )   STIPULATION TO CONTINUE CHANGE OF
                                       )   PLEA HEARING; ORDER
13       vs.                           )
                                       )
14  RODRIGO CONTRERAS-RAMOS,           )   DATE:   August 1, 2016
                                       )   TIME:   10:00 a.m.
15                                     )   JUDGE: Hon. Lawrence J. O'Neill
                                       )
16              *Defendant.*           )
    _____)

17

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective

19  counsel, Assistant United States Attorney, Kathleen A. Servatius, counsel for plaintiff, and

20  Assistant Federal Defender, Victor M. Chavez, counsel for defendant RODRIGO CONTRERAS-

21  RAMOS, that the change of plea hearing now set for July 5, 2016 **be continued to August 1,**

22  **2016, at 10:00 a.m.**

23       Defense counsel proposes this stipulation because he will be out of the office on July 5,

24  2016 and needs additional time to finalize the plea agreement. In addition, because Mr. Contreras

25  comes from Barstow it is requested that his matter be set for 10:00 a.m.

26  ///

27  ///

28  ///

The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation and continued plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  June 24, 2016

 /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  June 24, 2016

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
RODRIGO CONTRERAS-RAMOS

**O R D E R**

IT IS SO ORDERED.

Dated:  **June 27, 2016**            **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE