HEATHER E. WILLIAMS, Bar#122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
RODRIGO CONTRERAS RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00205 LJO-SKO |
| Plaintiff, | **DEFENDANT'S EX PARTE MOTION TO EXONERATE BOND AND RETURN SECURITY; [PROPOSED] ORDER** |
| vs. | |
| RODRIGO CONTRERAS RAMOS, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant Rodrigo Contreras Ramos hereby moves the court under Fed. R. Crim. P. 46(g) for exoneration of the $1,000 Cash Bond posted on September 10, 2014. This Court sentenced Mr. Contreras Ramos on March 20, 2017. The Court ordered him to self-surrender to his designated BOP facility or to the U.S. Marshals at the United States Courthouse in Bakersfield on May 1, 2017 before 2:00 p.m. (Doc. No. 60). On May 1, 2017 counsel for defendant advised Supervising Deputy U.S. Marshal Gil Rodriguez that defendant would surrender to the U.S. Marshals at the Bakersfield Courthouse. Later that afternoon Deputy Rodriguez advised counsel that Mr. Contreras Ramos had presented himself and was in custody. (See Exhibit 1, E-Mail from Deputy Rodriguez) Since no conditions of the bond remain to be satisfied the court should order that bail be exonerated and that the funds deposited with the Clerk of the Court (Receipt Number CAE100026905) be returned to the surety, Rosa Maria

Motion to Exonerate Bond; [PROPOSED] ORDER         -1-

Contreras.

| | |
|---|---|
| 09/10/2014 | CASH BOND POSTED as to Rodrigo Contreras Ramos in the amount of $1000.00 RECEIPT number #CAE100026905 posted by Rosa Maria Contreras on 9/10/2014. (Fahrney, E) [1:14-mj-00150-SKO] (Entered: 09/10/2014) |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 2, 2017
/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
RODRIGO CONTRERAS RAMOS

# ORDER

IT IS HEREBY ORDERED that the cash bond on file with Receipt Number CAE100026905 is hereby exonerated. The Clerk's Office shall return the $1,000 cash deposit to Ms. Rosa Maria Contreras.

The Court's financial department shall contact the Federal Defender to obtain Ms. Rosa Maria Contreras's current address.

DATED: May __4__, 2017

LAWRENCE J. O'NEILL
Chief United States District Judge

United States v. Rodrigo Contreras Ramos

1:14-cr-00205 LJO-SKO

**Exhibit 1**


**RAMOS**
Rodriguez, Gil (USMS) to:
Victor Chavez
05/01/2017 03:16 PM
Hide Details
From: "Rodriguez, Gil (USMS)"
To: Victor Chavez
History: This message has been replied to.

Counsel,

Be advised, RAMOS is in USMS custody.

Gil A. Rodriguez
Supervisory Deputy
United States Marshals Service
Eastern District of California – Fresno