IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RODRIGO CONTRERAS RAMOS,<br><br>　　　　　　　　　　Defendant. | **CASE NO.  1:14-CR-00205 LJO**<br><br>**ORDER DISMISSING PETITION FOR VIOLATION OF SUPERVISED RELEASE AND RECALL OF WARRANT**<br><br>**(Fed.R.Crim.P 32.1)** |

　　　The United States of America, having moved this Court to dismiss the petition in violation of supervised release petition in the above-named case pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, in the interest of justice and good cause appearing in light of the death of the defendant;

　　　IT IS HEREBY ORDERED that the petition for violation of supervised release in the above-captioned case shall be dismissed in the interest of justice.

　　　IT IS FURTHER ORDER that the Clerk of the Clerk recall the warrant previously issued for the defendant's arrest pursuant to the petition.

IT IS SO ORDERED.

　Dated:　**December 8, 2020**　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order Of Dismissal, FRCrimP 32.1　　　　1